LEVERETT C. MANLEY, Respondent, v. HERO FURNACE COMPANY, Appellant.— Order, so far as appealed from, reversed, with ten dollars costs and disbursements, and motion, so far as it related to the examination of the plaintiff,

denied, with ten dollars costs, and plaintiff directed to appear for examination before the person named in the notice, on the 3d day of December, 1925, at ten o'clock A. M. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.